# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WELLS FARGO BANK, N.A.,

        Plaintiff,

vs.

LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 2679, *et al.,*

        Defendants.

Case No. 2:16-cv-02363-JCM-GWF

**ORDER**

        This matter is before the Court on the parties' Stipulation and Order to Stay Litigation (ECF No. 17), filed on March 6, 2017.

        The parties request a stay of litigation to allow the United States Supreme Court to address the certiorari petitions in *Bourne Valley Court Trust v. Wells Fargo Bank,* 832 F.3d 1154 (9th Cir. 2016) and *Saticoy Bay v. Wells Fargo Home Mortgage*, No. 68630, 133 Nev. Adv. Rep. 5 (2017). The undersigned has been informed that Judge Mahan does not intend to stay proceedings pending resolution of the certiorari petitions in *Bourne Valley* and *Saticoy Bay*. Accordingly,

        **IT IS HEREBY ORDERED** that the parties' Stipulation and Order to Stay Litigation (ECF No. 17) is **denied**. The parties shall submit a proposed discovery plan and scheduling order no later than **April 7, 2017**.

        DATED this 24th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge