Luis A. Ayon, Esq.
Nevada Bar No. 9752
**Ayon Law, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for Defendant LV Real Estate Strategic Investment Group, LLC Series 2679*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. a national banking association, <br><br> Plaintiff, <br> vs. <br><br> LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 1149, a Nevada limited liability company; REDROCK PARK HOMEOWNER'S ASSOCIATION, a Nevada non-profit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a Nevada limited liability company, <br><br> Defendants. | Case No.: 2:16-cv-02363-JCM-GWF <br><br> **DEFENDANT'S LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 2679 MOTION TO SUBSTITUTE ATTORNEYS** |

Pursuant to FRCP Rule 74(d) and LR IA 11-6(c), Defendant LV Real Estate Strategic Investment Group, LLC Series 2679 ("LV Real Estate") hereby moves this court to substitute counsel. Luis A. Ayon, Esq. lead counsel for Defendant LV Real Estate, formerly of Maier Gutierrez Ayon, PLLC ("MGA Law"), has left MGA Law and has formed Ayon Law, PLLC ("Ayon Law").

Defendant LV Real Estate has chosen to remain with Luis A. Ayon, Esq., and engage Ayon

LAW for this matter. Defendant LV Real Estate has signed a substitution counsel. *See* Exhibit A. MGA Law has provided Ayon Law the case file and Luis A. Ayon is aware of all the deadlines in this matter.

Discovery in this matter closes on December 7, 2017 [*see* Docket No. 20], and therefore, discovery and trial deadlines will not be effected by this substitution of counsel. Accordingly, Defendant LV Real Estate requests that this Court grant its motion to substitute counsel of record in this matter.

DATED this 12th day of May, 2017.

AYON LAW, PLLC

/s/ *Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

## ORDER

IT IS HEREBY ORDERED that LUIS A. AYON, ESQ. of the law firm of AYON LAW. PLLC, shall be substituted in place of the law firm MAIER GUTIERREZ AND ASSOCIATES.

Dated this 15th day of May, 2017

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE