JEFF BRAUER ESQ.
Nevada Bar No. 13834
3333 E. Serene Ave. #150
BRAUER, DRISCOLL, SUN AND ASSOCIATES LLC
Henderson, Nevada 89074
Telephone: (702) 989-3213
Fax: (206) 333-0986
Email: jeff.brauer@brauerdriscoll.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 2679, a Nevada limited-liability company; REDROCK PARK HOMEOWNER'S ASSOCIATION, a Nevada non-profit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No.: 2:16-cv-02363-JCM-GWF<br><br>Dept. No.: |

## SUBSTITUTION OF ATTORNEY

Defendant, LVRES Series 2679, hereby substitutes Jeff Brauer, Esq., of Brauer, Driscoll, Sun and Associates, LLC in place of Luis Ayon, Esq., of Ayon Law, PLLC in the above-entitled action, as the attorney of record.

Dated September 7, 2017

/s/ Jeff J. Brauer, Esq
Jeff Brauer ESQ, Managing Member LVRES Series 2679
LV Real Estate Strategic

Investment Group 2679

Luis Ayon, Esq., hereby substitutes in Jeff Brauer, Esq., of Brauer, Driscoll, Sun and Associates, LLC in the above entitled matter, in his place and stead as attorney of record for Defendant LVRES Series 2679.

Dated September 13, 2017

_____
Luis Ayon ESQ.
Nevada Bar No. 10794
9205 West Russell Road
Building 3, Suite 240
Telephone: (702) 600-3200
Fax: (702) 447-7936

Jeff Brauer, Esq., of Brauer, Driscoll, Sun and Associates, LLC, hereby agrees to his substitution in place of Luis Ayon, Esq., for Defendant, LVRES Series 2679 in the above entitled action.

Dated September 7, 2017

_____/s/ Jeff J. Brauer, Esq_____
JEFF BRAUER ESQ.
Nevada Bar No. 13834
3333 E. Serene Avenue, Suite 150
Henderson, NV 89074
Telephone: (702) 989-3213
Fax: (206) 333-0986

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 13, 2017

THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150
Henderson, 89074
(702) 989-3213

# CERTIFICATE OF SERVICE

I hereby certify that on September **12** 2017, service of the foregoing **SUBSTITUTION OF ATTORNEY** was made via the Court's electronic service all parties registered therein through the Court's official e-filing system.

/s/ Jeff J. Brauer, Esq
An Employee of Brauer Driscoll Sun

THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150
Henderson, 89074
(702) 989-3213