JEFF BRAUER ESQ.
Nevada Bar No. 13834
3333 E. Serene Ave. #150
BRAUER, DRISCOLL, SUN AND ASSOCIATES LLC
Henderson, Nevada 89074
Telephone: (702) 989-3213
Fax: (206) 333-0986
Email: jeff.brauer@brauerdriscoll.com
*Attorney for Defendant LV Real Estate Strategic*
*Investment Group LLC Series 2679*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br>　　　　　　Plaintiff,<br>vs.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 2679, a Nevada limited-liability company; REDROCK PARK HOMEOWNER'S ASSOCIATION, a Nevada non-profit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a Nevada limited-liability company;<br>　　　　　　Defendants. | Case No.: 2:16-cv-02363-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO PENDING MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

Defendant LV Real Estate Strategic Investment Group, LLC Series 2679 (hereinafter "**LV Real Estate**"), Defendant Redrock Park Homeowner's Association (the "HOA"), and Plaintiff Wells Fargo Bank, N.A. ("hereinafter **Wells Fargo**") (collectively, the "Parties"), by and through their respective counsels of record, hereby submit the following first request for a Stipulation and Order to extend the deadline for filing oppositions and commensurately extending deadlines for filing replies in support of pending dispositive motions.

*THE LAW OFFICES OF*
*BRAUER DRISCOLL SUN*
*AND ASSOC LLC*
*3333 E. Serene Ave. Ste 150*
*Henderson, 89074*
*(702) 989-3213*

.Page 1 of 5

WHEREAS, on December 13, 2017, this Court entered an order (ECF No. 32) setting a briefing schedule for a dispositive motion based on the federal foreclosure bar.

WHEREAS on December 27, 2017, Wells Fargo filed its Motion for Summary Judgment. ECF No. 33.

WHEREAS, oppositions to Wells Fargo's Motions for Summary Judgment are currently due on or before January 24, 2018.

WHEREFORE, the Parties are in potentially final stages of a settlement negotiation and therefore stipulate and agree to extend the deadlines for opposition to Wells Fargo's Motion for Summary Judgment by 14 days to permit the parties time to attempt to complete such settlement negotiations.

WHEREFORE, based on the foregoing,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150
Henderson, 89074
(702) 989-3213

IT IS HEREBY STIPULATED AND AGREED that the deadline for oppositions to Wells Fargo's Motions for Summary Judgment should be extended to February 7, 2018. And the deadline for Wells Fargo to file any reply is 21 days from the date of any opposition, or February 28, 2018. The Parties stipulate and agree to the foregoing in good faith. This Stipulation is made for the benefit and convenience of the Parties and is not intended to delay the proceedings in this case. This is the Parties' first request to extend the briefing schedule established by the Court's December 13, 2017 order.

IT IS SO STIPULATED.

DATED: January 19, 2018.

SNELL & WILMER L.L.P.

/s/ Wayne Klomp

Wayne Klomp, Esq.
Nevada Bar No. 10109
John S. Delikanakis, Esq.
Nevada Bar No. 5928
Reno, Nevada 89501-1961
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

BRAUER, DRISCOLL, SUN AND ASSOCIATES, LLC

/s/ Jeff Brauer

Jeff Brauer, Esq.
Nevada Bar No. 13834
Henderson, Nevada 89074
*Attorneys for Defendant LV Real Estate Strategic Investment Group LLC*

TYSON &MENDES LLP

/s/ Christopher Lund

Thomas E. McGrath, Esq.
Nevada Bar No. 7086
Christopher Ammond Lund
Nevada Bar No. 12435
Las Vegas, Nevada 89123
*Attorneys for Defendant Redrock Park Homeowner's Association*

**Case No.:** 2:16-cv-02363-JCM-GWF

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE,

DATED: January 31, 2018

THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150
Henderson, 89074
(702) 989-3213

Respectfully submitted by:
Brauer, Driscoll, Sun and Associates LLC

_____/s/ Jeff J. Brauer, Esq_____
Jeff Brauer Esq.
Nevada Bar No. 13834
3333 E. Serene Avenue, Suite 150
Henderson, NV 89074
Telephone: (702) 989-3213
*Attorney for Defendant LV Real Estate Strategic Investment Group LLC Series 2679*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*THE LAW OFFICES OF*
*BRAUER DRISCOLL SUN*
*AND ASSOC LLC*
*3333 E. Serene Ave. Ste 150*
Henderson, 89074
(702) 989-3213

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2018, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jeff Brauer

Jeff Brauer, Esq. an employee of BRAUER, DRISCOLL, SUN AND ASSOCIATES LLC

THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150
Henderson, 89074
(702) 989-3213